

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/27/2017 02:45 PM

COURTROOM   6D, 6th Floor

HONORABLE CYNTHIA JACKSON

| CASE NUMBER: | | FILING DATE: |
| --- | --- | --- |
| 6:17-bk-02742-CCJ | 13 | 04/26/2017 |

Chapter 13

**DEBTOR:**   Thomas Fagan

**DEBTOR ATTY:**   June Nguyen

**TRUSTEE:**   Laurie Weatherford

**HEARING:**

Motion by Debtor to Extend Automatic Stay (Doc #13)
    Note: Prior Case: 17-00904, Chapter 7 filed in Florida Middle Bankruptcy Court on 02/13/2017 , Dismissed for Failure to File Information on 03/03/2017
    .

**APPEARANCES:**: Ana De Villiers: Trustee; June Nguyen: Debtor Atty

**RULING:** Motion by Debtor to Extend Automatic Stay   (Doc #13) - Granted; Order by Nguyen.

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.